UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,

vs.

DR. FISHMAN, et. al.,

    Defendants.

No. C 13-5086 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a former detainee at Maguire Correctional Facility filed a pro se civil rights complaint under 42 U.S.C. § 1983. The court ordered service on one defendant, Nurse Lawrence at Napa State Hospital, but the United States Marshal Service was unable to effectuate service as the defendant could not be identified at the hospital. Court staff contacted Napa State Hospital but there was no nurse with the last name Lawrence currently or previously employed by the hospital.

Plaintiff was provided until September 15, 2014, to provide additional information to effectuate service on Nurse Lawrence. That date has passed and plaintiff has not provided service information or otherwise communicated with the court.[1] Because service was ordered more than seven months ago and defendant has still not been served, this case is **DISMISSED** pursuant to Fed. R. Civ. P. 4(m).

---

[1] Plaintiff proceeds with six different actions in the court and has not responded to motions or orders in any of his cases that require a response. Mail sent to plaintiff at Maguire Correctional Facility has been returned to the court as undeliverable since August 2014, because jail officials report that plaintiff is no longer in custody. *See, e.g.*, *Hollins v. Munks*, No. C 13-6013 PJH (PR).

**IT IS SO ORDERED.**

Dated: October 30, 2014.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Hollins5086.dis.wpd